RECEIVED

JUL 1 0 2017

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
for the Sixth Circuit

July 5, 2017

Deric Lostutter
Reg#: 21103-032
Maryland Hall
F.C.C. Petersburg
P.O. Box 1000
Petersburg, VA. 23804

Office of the Clerk
United States Court of Appeals
Sixth Circuit
100 E. 5th Street
Room 540
Cincinnati, OH. 45202

ATTN: Deborah S. Hunt, Clerk
RE: USA V. Deric Lostutter No. 17-5337

Madam Clerk,

I am in receipt of the order filed June 29, 2017, regarding this Court withdrawing my counsel for failure to follow procedures, as well as the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

Firstly, thank you and this court for assisting me with such matters and your prompt mailing of the document.

My inquiry in this letter is to ask this Court for the contact information of my appointed counsel, so that I may consult with them prior to any documents being filed and go over possible strategy. Would your office please provide me this contact information?

Thank You,

Deric James Lostutter

CC. FILE

Deric Loshutter
Reg#21103-032
Margaret Hall
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

RICHMOND VA 230

07 JUL 2017  PM 5 L

◇21103-032◇
Sixth Cir Court Of Appeals
100 E 5TH ST
Attn: Clerk
Cincinnati, OH 45202
United States

45202-393053

USA FOREVER